UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-6675

_____

DELONTE E. TAYLOR,

Plaintiff - Appellant,

versus

THE STATE OF MARYLAND; STUART O. SIMMS,
Esquire, Secretary, Department of Public
Safety and Correctional Services of the State
of Maryland; WILLIAM SONDERVAN, Commissioner
of Corrections, State of Maryland; RONALD
HUTCHINSON, Warden, Maryland House of
Corrections, Jessup,

Defendants - Appellees,

and

JOHN DOE, I, Correctional Officer, Maryland
House of Corrections, Jessup; JOHN DOE, II,
Correctional Officer, Maryland House of
Corrections, Jessup; JOHN DOE, III,
Correctional Officer, Maryland House of
Corrections, Jessup,

Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
02-4039-JFM)

_____

Submitted:  September 11, 2003     Decided:  September 17, 2003

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Delonte E. Taylor, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Delonte E. Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Taylor v. Maryland, No. CA-02-4039-JFM (D. Md. Mar. 25, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED